UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8871-FMO (JPRx) | Date | July 17, 2023 |
|---|---|---|---|
| Title | Mauricio Cruz Leal v. Federal Bureau of Investigations, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Gabriela Garcia | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause re: Proof(s) of Service

Mauricio Cruz Leal ("plaintiff") filed a Complaint against the Federal Bureau of Investigations ("FBI") and Erik Scott Snider ("Snider") on December 7, 2022. (Dkt. 1, Complaint). On February 27, 2023, the court issued an Order to Show Cause ("OSC") requiring plaintiff to file proofs of service demonstrating service of the summons and Complaint on defendants. (Dkt. 12, Court's Order of February 27, 2023). On March 7, 2023, plaintiff filed two proofs of service purportedly showing that service had been made on the FBI, (see Dkt. 16), and Snider. (See Dkt. 17). As explained below, plaintiff's proofs of service are ineffective.

Plaintiff must serve the summons and complaint in accordance with the Federal Rules of Civil Procedure. Rule 4[1] provides that "[t]o serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee." Fed. R. Civ. P. 4(i)(2). To serve the United States, a party must:

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought – or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk – or (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
>
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

---

[1] Unless otherwise specified, all "Rule" references shall be to the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8871-FMO (JPRx) | Date | **July 17, 2023** |
|---|---|---|---|
| Title | **Mauricio Cruz Leal v. Federal Bureau of Investigations, et al.** | | |

Id. at 4(i)(1).

Here, plaintiff failed to properly serve the United States because he did not "(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought – or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk" or "(ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office[.]" Id. at 4(i)(1)(A); (see, generally, Dkt.). If plaintiff chooses to effect service on the United States by mail, plaintiff must send copies of the summons and complaint via registered or certified mail to the following addresses: (1) Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001; and (2) Civil Process Clerk, United States Attorney's Office, Central District of California, 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

Additionally, plaintiff failed to properly serve the FBI. The proof of service indicates that plaintiff "served" copies of the summons and complaint to a unknown person who came "down to the lobby" and "accepted the documents." (Dkt. 16, Proof of Service). In other words, plaintiff failed to serve the FBI by "send[ing] a copy of [the documents] by registered or certified mail to" the FBI. Fed. R. Civ. P. at 4(i)(2).

Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Here, the court will order that service be made within a specified time, which provides plaintiff additional time to accomplish service and file a valid proof(s) of service with the court. Plaintiff is admonished that failure to effect proper service in accordance with the applicable provisions of Rule 4(i) shall result in this action being dismissed without prejudice.[2]

**This Order is not intended for publication. Nor is it intended to be included in or submitted to any online service such as Westlaw or Lexis.**

Based on the foregoing, IT IS ORDERED THAT plaintiff shall file valid proofs of service no later than **July 26, 2023**.[3] Plaintiff is cautioned that failure to timely file valid proofs of service shall result in this action being dismissed without prejudice for failure to effect service, for lack of prosecution and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

---

[2] Plaintiff is represented by counsel. Plaintiff and his counsel are admonished that it is not the court's job to advise them of the Rules.

[3] No extensions of time will be granted, as this action has now been pending for over six months, and no party has been served in compliance with the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8871-FMO (JPRx) | Date | July 17, 2023 |
|---|---|---|---|
| Title | Mauricio Cruz Leal v. Federal Bureau of Investigations, et al. | | |

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | gga | |